### 11517.　CARSON *v.* THE STATE.

BLOODWORTH, J.　1. The alleged newly discovered evidence is cumulative in its nature, and is not of such probative value that it would probably result in a different verdict should a new trial be granted.

2. There is evidence to support the verdict, which is approved by the presiding judge, and this court will not interfere.

　　　　　　　　*Judgment affirmed.　Broyles, C. J., and Luke, J., concur.*
　　　　　　　　　　　DECIDED JULY 13, 1920.

Indictment for assault with intent to murder; from Marion superior court — Judge Howard.　March 20, 1920.

*George P. Munro,* for plaintiff in error.

*C. F. McLaughlin, solicitor-general,* contra.